UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ALICIA MARIE RICHARDS,<br><br>Debtor. | Case No. 8:23-cv-01295-SB<br><br>ORDER TO SHOW CAUSE |

Debtor Alicia Marie Richards appeals from two orders of the bankruptcy court. Dkt. No. 1. In the first of these orders, the bankruptcy court denied Debtor's motion to remove the Chapter 7 Trustee. In the second, the bankruptcy court denied Debtor's motion to strike portions of the Trustee's opposition to Debtor's removal motion.

This Court has appellate jurisdiction over "final judgments, orders, and decrees" of the bankruptcy court. 28 U.S.C. § 158(a)(1). A bankruptcy court order is final "where it 1) resolves and seriously affects substantive rights and 2) finally determines the discrete issue to which it is addressed." *In re AFI Holding, Inc.*, 530 F.3d 832, 836 (9th Cir. 2008). An "order denying removal of the trustee is not final[.]" *In re SK Foods, L.P.*, 676 F.3d 798, 802 (9th Cir. 2012).

Debtor is hereby ordered to show cause in writing no later than August 14, 2023 why this appeal should not be dismissed for lack of appellate jurisdiction. Debtor's written response to this order to show cause shall not exceed eight pages in length. The filing of a written response that exceeds eight pages in length will result in the Court striking Debtor's response. Failure to timely respond to this order to show cause will result in dismissal of this case. The Trustee may also file a response not exceeding eight pages in length to this order to show cause no later than August 14, 2023.

IT IS SO ORDERED.

Date: July 31, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1